UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Blackmer</u>

      v.           Case No. 10-cv-124-SM

<u>U.S. Department of Justice</u>

O R D E R

After due consideration of the objections filed, I herewith approve the Reports and Recommendations of Magistrate Judge Landya B. McCafferty dated July 7, 2010 and July 29, 2010, respectively.  Mr. Blackmer's Petition for Writ of Mandamus (document no. 1) and the claims asserted in his Motion to Amend Petition  (document no. 8) are hereby dismissed.

    SO ORDERED.

September  10, 2010

                                                 Steven J. McAuliffe
                                                 Chief Judge

cc:    Paul Blackmer, pro se